

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2020

No. 04-20-00294-CR

Neil Howard **MCGINNIS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6779
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

On August 26, 2020, we abated this appeal and remanded the cause to the trial court to determine, inter alia, whether Appellant wanted court-appointed counsel. As ordered, the trial court held a hearing, made findings of fact and conclusions of law, and appointed counsel to represent Appellant in this appeal. The trial court clerk and reporter each filed supplemental records.

We REINSTATE this appeal on this court's docket. Appellant's brief is due November 23, 2020. *See* TEX. R. APP. P. 38.6(a).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court